IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                            PLAINTIFF/RESPONDENT

v.                    Criminal No. 08-50060

JOE L. FRANKLIN                                           DEFENDANT/MOVANT

**O R D E R**

Now on this 15th day of February, 2012, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #40) entered by United States Magistrate Judge Setser in this matter, and the **Petitioner's Objection to Magistrate Judge Report and Recommendation Re: Motion to Vacate Pursuant to 28 U.S.C. § 2255** (document #45) of Joe L. Franklin. The Court, having carefully reviewed said Report and Recommendation (hereinafter "R & R") as well as the objections thereto, finds as follows:

1. Before this Court is petitioner Joe L. Franklin's Habaes Corpus petition which was filed on January 14, 2011, pursuant to 28 U.S.C. § 2255. By way of background, the Court notes the following:

(a) On October 22, 2008, Franklin entered a conditional plea to knowingly possessing with intent to distribute more than 50 grams of a mixture or substance containing cocaine base, commonly known as "crack cocaine," a Schedule II controlled substance, in violation of Title 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(iii). The plea was conditioned upon reserving his right to appeal the Court's

denial of a motion to suppress. If the appeal was successful, defendant would be allowed to withdraw his plea.

(b) In the plea agreement, defendant agreed that he faced a term of imprisonment for not less than ten (10) years. At the change of plea hearing held on October 22, 2008, this Court advised defendant that if he pled guilty, the Court could sentence him to a sentence of at least 10 years and up to life.

(c) On February 23, 2009, a Judgment was entered, sentencing the defendant to two hundred sixty-two (262) months, to run consecutively to an undischarged term of imprisonment being served by the defendant in the Arkansas Department of Corrections, in Washington County Circuit Case #CR-2005-535-2; five (5) years supervised release; a fine of $17,500.00; and a special assessment of $100.00.

(d) On March 6, 2009, defendant filed a Notice of Appeal from the Judgment, appealing the district court's denial of his motion to suppress evidence.

(e) On January 25, 2010, the Eighth Circuit Court of Appeals found the district court did not err in denying defendant's motion to suppress evidence, and affirmed the Judgment.

2. On January 14, 2011, the defendant filed his § 2255 motion alleging the following grounds:

* Trial counsel was ineffective in failing to conduct any meaningful pre-plea investigations including pre-plea interviews with fact witnesses, etc.

* Trial counsel was ineffective in failing to disclose pre-plea negotiations and or plea agreement during guilty plea hearing.

* Trial counsel was ineffective by neglecting to request that petitioner be sentenced under the 18 to 1 crack ratio policy in existence during petitioner's sentencing.

* Trial counsel was ineffective by failing to prepare and file a meritorious brief on appeal during the appellate process, while deliberately misleading the petitioner with respect to contents of issues of constitutional magnitude that were intentionally omitted from counsel's brief of Appellant. Counsel was also ineffective by failing to file a reply brief on appeal.

3. The R & R now before the Court recommends that the defendant's 28 U.S.C. § 2255 motion be denied in its entirety and dismissed with prejudice.

4. The defendant has filed objections to the R&R. The objections restate and rehash the arguments submitted in the initial pleading.

5. Based upon the Magistrate Judge's thorough and well-reasoned comments, the Court finds that there is no merit to defendant/movant's arguments and the same should be overruled.

6. In light of the foregoing, the R&R will be approved and adopted as stated -- and will be ordered implemented.

**IT IS THEREFORE ORDERED** that defendant's **Objections to Magistrate's Report and Recommendation are overruled.**

**IT IS FURTHER ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted** *in toto*.

**IT IS FURTHER ORDERED** that defendant is **denied** relief on his § 2255 motion, as the grounds stated are without merit, and this matter is **dismissed with prejudice.**

**IT IS FINALLY ORDERED** that the Court hereby declines to issue a certificate of appealability as the defendant has not made a "substantial showing of the denial of a constitutional right," as required for the issuance of a certificate of appealability. 28 U.S.C. § 2253(c)(2).

**IT IS SO ORDERED.**

                                        **/s/Jimm Larry Hendren**
                                        **HON. JIMM LARRY HENDREN**
                                        **UNITED STATES DISTRICT JUDGE**